UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | No. 4:08-cv-00333 |
|---|---|---|---|
| Houston Police Officers Pension System v. State Street Bank and Trust Company ||||
| *versus* ||||
| State Street Bank and Trust Company ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Allison M. Graber Boscarine<br>Ropes & Gray LLP<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>617-951-7000<br>MA 673571 |
|---|---|
| Seeks to appear for this party: | State Street Bank & Trust Company |
| Dated: 1/24/2012 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

Order         This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                          United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HOUSTON POLICE OFFICERS PENSION SYSTEM,<br>    Plaintiffs<br><br>VS.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants | CASE NO. 4:08-cv-00333 |

Allison M. Boscarine hereby declares as follows:

1. I am an associate with the law firm of Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, Massachusetts 02199, counsel to Defendant State Street Bank and Trust Company.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

2

5. Wherefore affiant respectfully requests that she be permitted to appear as *pro hac vice* counsel in this case.

I declare under the penalties of perjury, that the foregoing is true and correct.

/s/ Allison M. Boscarine
Allison S. Boscarine (BBO No. MA 673571)
ROPES & GRAY LLP
Prudential Towers
800 Boylston Street Boston, MA 02199
allison.boscarine@ropesgray.com
(617) 951-7000

Dated: February 6, 2012