| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | No. 4:08-cv-00333 |
|---|---|---|---|
| Houston Police Officers Pension System v. State Street Bank and Trust Company ||||
| *versus* ||||
| State Street Bank and Trust Company ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Allison M. Graber Boscarine<br>Ropes & Gray LLP<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>617-951-7000<br>MA 673571 |
|---|---|
| Seeks to appear for this party: | State Street Bank & Trust Company |
| Dated: 1/24/2012 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: *active* ||
|---|---|
| Dated: 3-02-2012 | Clerk's signature: *[signature]* |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: 3-02-12

_____
United States District Judge