| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Houston Police Officers' Pension System, §
§
Plaintiff, §
§
versus § Civil Action H-08-333
§
State Street Bank and Trust Company and §
State Street Global Advisors, Inc., §
§
Defendant. §

## Final Dismissal

1. Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on November 19, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge